688

32 So.2d 183
### George STINES v. STATE.
#### 6 Div. 395.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 872
### Joe STOKLEY v. STATE.
#### 2 Div. 766.

Court of Appeals of Alabama.
April 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

34 So.2d 873
### Stover STOKLEY v. STATE.
#### 2 Div. 767.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

36 So.2d 610
### Bill STONE, alias Warren v. STATE.
#### 7 Div. 964.

Court of Appeals of Alabama.
June 1, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 873
### Tom STREETER v. STATE.
#### 4 Div. 51.

Court of Appeals of Alabama.
April 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 185
### William Riley STRICKLAND v. STATE.
#### 6 Div. 394.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.